# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § | |
| **v.** | § § | Case No. 1:20-CR-00290-LY-4 |
| **LUIS ALBERTO GONZALEZ (4),** *Defendant* | § § | |

### Order Granting Motion to Modify a Condition of Pretrial Release

Before the Court is Defendant Luis Alberto Gonzalez's Unopposed Motion to Modify a Condition of Release, filed April 26, 2021 (Dkt. 112). The District Court referred the motion to the undersigned Magistrate Judge for resolution. Dkt. 113.

Defendant asks the Court to modify his home curfew period, currently 10 p.m. to 6 a.m. daily, to midnight to 5 a.m. Defendant states that, as a painter by trade, he frequently works outside of normal business hours at job sites far from his residence in Houston, Texas, requiring substantial travel time. Defendant states: "A relatively shorter home curfew period would allow Defendant to better provide for his family by allowing longer working hours and/or accepting additional painting jobs." Dkt. 112 at 1. The Government is unopposed to the Motion.

Finding good cause therefor, the Court **GRANTS IN PART AND DENIES IN PART** Defendant's motion. **IT IS ORDERED** that Paragraph 7(p)(i) of Defendant's Additional Conditions of Release (Dkt. 78) is **AMENDED** to restrict Defendant to his residence from 10 p.m. to 5 a.m. daily or as directed by the pretrial services office or supervising officer. All other conditions of release remain as previously ordered.

**SIGNED** on April 28, 2021.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE