# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § <br> *Plaintiff* § <br> § <br> **v.** § <br> § <br> **LUIS ALBERTO GONZALEZ (4),** § <br> *Defendant* § | **Case No. 1:20-CR-00290-LY-4** |

### Order Granting Motion to Modify Conditions of Pretrial Release

Before the Court is Defendant Luis Alberto Gonzalez's Unopposed Motion to Modify Conditions of Pretrial Release, filed November 8, 2021 (Dkt. 171). On November 22, 2021, the District Court referred the motion to the undersigned Magistrate Judge for resolution. Dkt. 179.

Defendant asks the Court to remove three conditions of release from the Court's Order Setting Conditions of Release. Defendant seeks to remove his home curfew and location monitoring conditions (Dkt. 78 Paragraphs 7(p)(i), 7(q), and 7(s)), as well as his attendance at anger management classes every two weeks, which appear to have been directed by the United States Pretrial Services Office pursuant to Dkt. 78 Paragraph 7(h). Defendant states that he has complied with his conditions of release since his release in February 2021, demonstrating that he is not a flight risk or danger to the community, and that he will continue to appear for court as required. Dkt. 171 ¶ 6. The Government and Pretrial Services are unopposed to Defendant's Motion.

Finding good cause therefor, the Court **GRANTS** Defendant's motion. **IT IS ORDERED** that Paragraphs 7(p)(i), 7(q), and 7(s) of Defendant's Additional Conditions of Release (Dkt. 78) are hereby **AMENDED** to remove the curfew and location monitoring requirements.

**IT IS FURTHER ORDERED** that Defendant is no longer ordered to attend anger management classes every two weeks, but Pretrial Services may require Defendant to obtain future medical or psychiatric treatment as needed.

All other conditions of release remain as previously ordered.

**SIGNED** on November 23, 2021.

                                                    SUSAN HIGHTOWER
                                                    UNITED STATES MAGISTRATE JUDGE